# UNITED STATES DISTRICT COURT

for the

Western District of Michigan

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

431 N. Marshall Avenue,Marshall, MI 49068, and any outbuildings and/or garages on the premises and the person of Christopher Scott Tabaka.

Case No. 1:21-MJ-595

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the Western District of Michigan, there is now concealed *(identify the person or describe the property to be seized)*:

All reptiles on the premises that are protected by Endangered Species Act and the Lacey Act

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| 16 U.S.C. §1538 (D)<br>16 U.S.C. §1538 (E)<br>16 U.S.C. § 1538 (F) | possession and transport of endangered species; deliver, receive transport or ship in interstate commerce endangered species, in the course of a commercial activity and sell or offer for sale in interstate or foreign commerce an endangered species |

The application is based on these facts:

See attached Continuation of Application for Search Warrant

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of ____ days *(give exact ending date if more than 30 days:* ________ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

Christopher Spivey, Special Agent U.S. Fish and Wildlife
*Applicant's signature*

Christopher Spivey, Special Agent #757
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone *(specify reliable electronic means)*.

Date: 11/2/2021

*Judge's signature*

City and state: Grand Rapids, MI

RAY KENT, U.S. MAGISTRATE JUDGE
*Printed name and title*