## ATTACHMENT A
Property to Be Searched

This warrant applies to information associated with a residence located at 431 North Marshall Avenue, Marshall, Michigan 49068 owned and occupied by Christopher Scott Tabaka. The home is further described as a single-family, two-story house with an exterior composed of blue siding with white trim around the windows. The front of the house has a front porch with white pillars. The house has a paved driveway that enters from the street. The house has a metal fenced in back yard. The roof is a shingle roof. There is an small outbuilding located at the rear of rear of the fenced in property. I am requesting authority to search the entire premises, including the residential dwelling and any outbuildings.



## ATTACHMENT A
Person to Be Searched

This warrant applies to information associated with the person of Christopher Scott Tabaka.  Tabaka is described as a white male, 6'00" tall and 190 pounds.  Tabaka's date of birth is January 4, 1969, his social security number is 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 and his Michigan's license number is T120115760012.



2